## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|   |   |   |
|---|---|---|
| MANUEL MCWILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1199-SLP |
| | ) | |
| KAY COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 11] issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). The Magistrate Judge recommends that the Court dismiss this action for failure to comply with the Court's Order [Doc. No. 6] to cure deficiencies contained within Plaintiff's initial filings. *Id.* at 2-4.

The Magistrate Judge advised Plaintiff of his right to file an objection to the R&R on or before December 9, 2025, and that failure to timely object would waive the right to appellate review of the factual and legal questions contained therein. *Id.* at 5. To date, no objection has been filed, nor has an extension of time in which to object been sought. Upon review, the Court concurs with the R&R in full and finds that this action should be dismissed without prejudice and that Plaintiff's Amended Complaint [Doc. No. 8] should be denied.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED. Plaintiff's Amended Complaint [Doc. No. 8], and this matter, is

DISMISSED WITHOUT PREJUDICE.  A separate judgment of dismissal shall be entered contemporaneously herewith.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. No. 2], Motion for Preliminary Injunction [Doc. No. 3], and re-urged Motion for Preliminary Injunction [Doc. No. 10] are DENIED as moot.

IT IS SO ORDERED this 19th day of December, 2025.


SCOTT L. PALK
UNITED STATES DISTRICT JUDGE